UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

ALBERT DANIEL PLATT,

                    Petitioner,

vs.                                    Case No.  2:05-cv-612-FtM-29SPC

FLORIDA ATTORNEY GENERAL; SECRETARY,
DOC,

                    Respondents.
_____

### ORDER

    This matter comes before the Court on petitioner's Notice of
Appeal (Doc. #15), deemed to include a request for a Certificate of
Appealability, filed on August, 7, 2006.

    On April 24, 1996, the President signed into law amendments to
28 U.S.C. §§ 2244, 2253, 2254, 2255, Appellate Rule 22, and 21 U.S.C.
§ 848(q).  Under 28 U.S.C. § 2253(c)(1), an appeal cannot be taken
from a final order in a habeas proceeding unless a certificate of
appealability is issued.  The decision to issue a certificate of
appealability requires "an overview of the claims in the habeas
petition and a general assessment of their merits."  Miller-El v.
Cockrell, 537 U.S. 322, 336 (2003).

    Specifically, where a district court has rejected a prisoner's
constitutional claims on the merits, the petitioner must demonstrate
that reasonable jurists would find the district court's assessment of
the constitutional claims debatable or wrong.  See Slack v. McDaniel,
529 U.S. 473, 484 (2000); Peoples v. Haley, 227 F.3d 1342 (11th Cir.
2000).  When the district court has rejected a claim on procedural
grounds, the petitioner must show that jurists of reason would find

it debatable whether the petition states a valid claim of the denial of a constitutional right and that jurists of reason would find it debatable whether the district court was correct in its procedural ruling.  Slack, 529 U.S. at 484; Franklin v. Hightower, 215 F.3d 1196, 1199 (11th Cir. 2000) (per curiam), cert. denied, 121 S. Ct. 1738 (2001).  "This threshold inquiry does not require full consideration of the factual or legal bases adduced in support of the claims."  Miller-El v. Cockrell, 537 U.S. at 336.

On July 3, 2006, the Court entered an Order (Doc. #12) dismissing petitioner's § 2254 petition for writ of habeas corpus as time barred.  The Court finds that petitioner has failed to show that jurists of reason would find it debatable whether the Court was correct in its procedural ruling.  Therefore, the certificate of appealability is due to be denied.

Accordingly, it is now

**ORDERED:**

Petitioner's request for a Certificate of Appealability, deemed included in the Notice of Appeal (Doc. #15), is **DENIED.**

**DONE AND ORDERED** in Fort Myers, Florida, on this   9th   day of August, 2006.


                                    JOHN E. STEELE
                                    United States District Judge

SA:  alj
Copies: All Parties of Record

-2-